DATE 8/29/19  
LOCATION Plano  
JUDGE Kimberly C. Priest Johnson  
DEPUTY CLERK: Toya McEwen  
COURT REPORTER: Digital Recording  
INTERPRETER: _____  
USPO: _____  
BEGIN 10:54 am  

CASE NUMBER 4:19-cr-181 ALM  
USA Anard Varadarajan _____ Assigned  
VS Anard Varadarajan _____ Appeared  

CONRAD ROCKENHAUS  
Defendant  
Walter Reaves, RET (to file PHV today)  
Attorney  

Total time: 21 minutes   Hearing held with 4:19cr173.3

☑ ARRAIGNMENT

## ARRAIGNMENT

FILED AUG 29 2019 Clerk, U.S. District Court Texas Eastern

☐ Interpreter required  
☑ Defendant sworn  
☑ Arraignment held ☐ Arraignment called ☐ Arraignment reset: _____  
☑ Defendant is the same person as named in indictment.  
☑ Defendant appeared: ☑ with ☐ without counsel  
☐ Defendant advised of Constitutional rights. ☐ Defendant acknowledged understanding Constitutional rights.  

☐ Arraignment RESET to: _____  

☑ Dft ☑ received copy of charges ☐ discussed charges with counsel ☐ charges read  
     ☑ waived reading of charges ☑ advised of maximum penalties  

Dft enters a plea of: ☑ not guilty ☐ guilty ☐ nolo ☐ guilty - lesser  
to counts: ☑ 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ _____  
☐ all counts; ☐ indictment includes forfeiture  

☑ Pretrial Order and Scheduling Order -Discovery and Inspection to be entered.  

☑ **PRETRIAL CONFERENCE SET**: Friday, October 11, 2019, at 10:00 a.m. before Judge Amos L. Mazzant in Sherman, Texas  

☐ _____  

☐ Government motion _____.  

☐ Defendant remanded to custody USM   ☑ Defendant remained on Conditions of Release  

OTHER PROCEEDINGS: Oral motion by Gov't to add additional conditions of release. No objections by defense. Court read additional conditions into the record and gave defendant a copy of additional conditions. Defendant remains on bond.

CRIM 92-116                                                                                                       11:18 am Adjourn