|  |  |
|---|---|
| DATE: 2/20/2020 | CASE NO: 4:19-CR-181 ALM/CAN |
| LOCATION: Plano | USA   VS.   Conrad A. Rockenhaus |
| JUDGE: Kimberly C. Priest Johnson | |
| DEP. CLERK: Jane Amerson | Appeared: Camelia Lopez \| Attorney for Defendant Walter M. Reaves, Retained |
| RPTR/ECRO: Digital Recording - Plano 108 | |
| USPO: Tiffany Routh | |
| INTERPRETER: | |
| BEGIN/END: 3:13 - 3:55 pm | |

BEGIN:  3:13 p.m.          ADJOURN:

## REVOCATION OR MODIFICATION OF PRETRIAL RELEASE

☒ Defendant sworn.
☒ Pretrial Release revocation hearing held
☐ **PROCEEDINGS:**
Pretrial Release Violation & Motion to Reconsider Order of Detention (Dkt. 26)

Government Witness: Tiffany Routh, U.S. Probation Officer, Brett Leatherman, FBI Agent

**PROCEEDINGS**:
    3:16 pm - DIRECT EXAMINATION of Tiffany Routh. Conditions of Release of defendant.
    3:20 pm - Exhibit One - Contract for Computer Monitoring
    3:21 pm - nature of violations by Defendant re: computer monitoring and use. Report from defendant's computer
    3:25 pm - Exhibit Two - Report of Computer use - government exhibits one and two admitted
    3:25 pm - CROSS EXAMINATION - user agreement; and conditions of release regarding computer use
    3:26 pm - DIRECT EXAMINATION - Brett Leatherman - FBI Agent - employment regarding cyber related offenses. Analysis of the computer report generated from defendant use of computer and ways to circumvent monitoring. Spice software installation. Dark web sites.
    3:34 pm - CROSS EXAMINATION - report and web searches. Search terms, downloads and hits.
    3:38 pm - REDIRECT EXAMINATION - Capability to take screen shots. Files on the report, download of Spice.
    3:43 pm - RE-CROSS - online class - operating systems.
    3:44 pm - Questions from Judge Johnson - access dark web. Web activity on Government Exhibit Two. Spice software.
    3:47 pm - Both sides rest
    3:48 pm - ARGUMENT - defendant
    3:53 pm - ARGUMENT - government
    3:54 pm - RULING from court - defendant's pretrial release is revoked and defendant is remanded.
    3:55 pm - Adjouned

☐ Modification of pretrial release:
☐ Court finds dft ☒ has ☐ has not violated terms of pretrial release.
☒ Pretrial Release ☒ revoked ☐ reinstated ☐ modified.
☒ Defendant Ordered detained.
☒ Defendant REMANDED to custody.