THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| V. | § |
| | §  CRIMINAL NO. 4:19-CR-181 ALM/CAN |
| CONRAD A. ROCKENHAUS | § |

## ORDER

The Court held a preliminary and detention hearing on the Petition for Violation of Pretrial Release (Dkt. 16). After considering argument and testimony, the Court finds that Defendant has violated his conditions of release.

It is therefore **ORDERED** that Defendant is detained.

**So ORDERED and SIGNED this 21st day of February, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE