# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| v. § | Case No. 4:19-CR-181 ALM/CAN |
| CONRAD A. ROCKENHAUS § | |
| Defendant. § | |

## ORDER FOR EXPEDITED RESPONSE AND NOTICE OF HEARING

Before the Court is Defendant's Motion to Reconsider Order of Detention Pending Trial (Dkt. 35) filed on April 21, 2020. The Government shall file a response to said motion, if any, on or before May 4, 2020. A hearing via videoconference on the motion is set for May 20, 2020, at 9:30 a.m., in Plano, Texas, Courtroom 108, before the undersigned.

**So ORDERED and SIGNED this 27th day of April, 2020.**

_____
KIMBERLY C. PRIEST JOHNSON
UNITED STATES MAGISTRATE JUDGE