# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | CASE NUMBER 4:19-CR-00181 |
| | § | |
| | § | |
| CONRAD ROCKENHAUS | § | |

### <u>ORDER ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT</u>

The Court referred this matter to the Honorable Christine A. Nowak, United States Magistrate Judge, for administration of a guilty plea under Rule 11 of the Federal Rules of Criminal Procedure. The Honorable Christine A. Nowak conducted a hearing in the form and manner prescribed by Federal Rule of Criminal Procedure 11 and issued her Findings of Fact and Recommendation on Guilty Plea Before the United States Magistrate Judge. The Magistrate Judge recommended that the Court accept the Defendant's guilty plea. She further recommended that the Court adjudge the Defendant guilty on Count One of the Indictment filed against the Defendant.

The parties have not objected to the Magistrate Judge's findings. The Court **ORDERS** that the Findings of Fact and Recommendation on Guilty Plea of the United States Magistrate Judge are **ADOPTED**. The Court accepts the Defendant's plea but defers acceptance of the plea agreement until after review of the presentence report. It is further **ORDERED** that, in accordance with the Defendant's guilty plea and the Magistrate Judge's findings, Defendant,

**CONRAD ROCKENHAUS**, is adjudged guilty as to Count One of the Indictment charging a violation of Title 18 U.S.C. § 1030(a)(5)(a) - Intentional Damage to a Protected Computer.

**SIGNED this 15th day of September, 2021.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE