THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DVISION

DATE  3/25/2022

| **DISTRICT JUDGE** | **COURT REPORTER:** Chris Bickham |
|---|---|
| Amos L. Mazzant, III | **COURTROOM DEPUTY:** Keary Conrad |

| UNITED STATES OF AMERICA | |
|---|---|
| V. | CASE NUMBER 4:19CR181.1 |
| CONRAD ROCKENHAUS | |

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Anand Varadarajan | Walter Reaves, Jr. |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:  Sentencing |
|---|---|
| 11:24 a.m. | Court in session. Court notes appearances. |
| 11:25 a.m. | Court addresses concerns about the 11(c)(1)(c) agreement. Court hears from Defendant's counsel, Walter Reaves, Jr. regarding why the Court should consider accepting the 11(c)(1)(c) agreement. |
| 11:27 a.m. | Court hears response from Government. |
| 11:27 a.m. | Court hears from Defendant, Conrad Rockenhaus. |
| 11:28 a.m. | Court notes receipt of character letters. |
| 11:29 a.m. | Court hears from Defendant, Conrad Rockenhaus who notes employment opportunity is available when he completes his sentence and his intent to pay back the restitution. |
| 11:29 a.m. | Defendant's counsel notes that Defendant has been in custody 27 months. |
| 11:30 a.m. | Court rejects the 11(c)(1)(c) agreement.  Court notes Defendant can withdraw his plea agreement or can proceed with sentencing without the protection of the agreement. |
| 11:31 a.m. | Defendant's counsel withdraws plea agreement. |
| 11:31 a.m. | Defendant is remanded into the custody of the USM. |

**DAVID O'TOOLE, CLERK**

BY:  *Keary Conrad*

Courtroom Deputy Clerk