

**FILED**

AUG **1 6** 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS CLERK, U.S. DISTRICT COURT
SHERMAN DIVISION        EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:19CR181 |
| v. | § | Judge Mazzant |
| | § | |
| CONRAD ROCKENHAUS | § | |

## FACTUAL BASIS

The defendant, **Conrad Rockenhaus**, hereby stipulates and agrees that at all times relevant to the Indictment herein, the following facts were true:

1.    That the defendant, **Conrad Rockenhaus**, who is entering a plea of guilty, is the same person charged in the Indictment;

2.    That the defendant worked as a as a developer services manager, and later an infrastructure architect, for an online company providing travel booking and vacation services to customers (hereinafter, "Victim Company");

3.    That the defendant had access to and could control computer code located on Victim Company's servers throughout the country, including computer code that controlled business functions such as marketing, scheduling, and payment processing;

4.    That on or about November 11, 2014, the defendant remotely accessed, without authorization, the Victim Company's servers from his residence in the Eastern District of Texas;

Factual Basis
Page 1

5. That on or about November 11, 2014, the defendant executed a computer code or command that shut down one of Victim Company's servers, which in turn caused several other Victim Company servers to crash;

6. That the defendant was retained by Victim Company to assist with the restoration of Victim Company's servers;

7. That during the remediation efforts, the defendant, without authorization, disconnected Victim Company's servers in Plano, Texas, in the Eastern District of Texas, causing further business disruption;

8. That the defendant's actions cost Victim Company at least $242,775 in lost revenue and at least $321,858 in recovery and remediation costs.

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

9.     I have read this Factual Basis and the Indictment and have discussed them with my attorney.  I fully understand the contents of this Factual Basis and agree without reservation that it accurately describes the events and my acts.

Dated:  _8/11/22_

CONRAD ROCKENHAUS
Defendant

## COUNSEL FOR DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

10.     I have read this Factual Basis and the Indictment and have reviewed them with my client.  Based upon my discussions with the defendant, I am satisfied that the defendant understands the Factual Basis and the Indictment.

Dated:  _8-11-22_

MATTHEW HAMILTON
Attorney for the Defendant