# THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DVISION

**DATE**  9/6/2022

| **DISTRICT JUDGE** | **COURT REPORTER:** Shawnie Archuleta |
|---|---|
| **Amos L. Mazzant, III** | **COURTROOM DEPUTY:**  Lori Stover |

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | CASE NUMBER 4:19CR181.1 |
| CONRAD ROCKENHAUS | |

| **ATTORNEY FOR GOVERNMENT** | **ATTORNEY FOR DEFENDANT** |
|---|---|
| Anand Varadarajan | Matthew Hamilton . |

On this day, came the parties by their attorneys and the following proceedings were held in Sherman, TX:

| TIME: | MINUTES:   Sentencing |
|---|---|
| 9:34 am | Court in session. Court notes appearances. Parties have reviewed PSR. Defendant acknowledges he fully understands the PSR and is satisfied with the accuracy of the report. No additions, corrections, or comments by the Government. No additions, corrections, or comments by counsel for the Defendant. No objections by Government or Defendant. |
| | The Court notes Defendant pled guilty to Count 1 of the Indictment pursuant to an 11(c)(1)(c) agreement. |
| | TOL:26, CHC III, Count 1: 78-97 months imprisonment. The Court notes the filing of Defendant's Sentencing Memorandum (Dkt. #164, *sealed*) Court hears from Defendant's counsel regarding as to why the Court should accept the 11(c)(1)(c) agreement. |
| | Defendant allocuted. |
| | The sentence imposed for a total term of 40 months imprisonment on Count 1 of the Indictment.   The Court ordered Defendant receive appropriate mental health and drug treatment while imprisoned.   The Court orders restitution to the victims totaling $564,633. Fine waived, interest waived, special assessment of $100. Supervised release for a term of 3 years. All mandatory and special conditions were referred to as referenced in the PSR. |
| | Court will recommend the Defendant be designated to FCI in Malan, Michigan if appropriate. |
| | Rights of appeal addressed. |

| 9:48 am | Defendant remanded to custody of USM. |

**DAVID O'TOOLE, CLERK**

BY: ___Keary Conrad___

Courtroom Deputy Clerk